# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Cynthia Teresa Harlan,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:19-cv-00111-FDW |
| | ) | 3:15-cr-00226-FDW-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2020 Order.

October 7, 2020

Frank G. Johns, Clerk
United States District Court